**No. 10-1551. Stewart & Jasper Orchards, et al., Petitioners v. Ken L. Salazar, Secretary of the Interior, et al.**

565 U.S. 1009, 132 S. Ct. 498, 181 L. Ed. 2d 388, 2011 U.S. LEXIS 7656.

October 31, 2011. Motion of National Water Resources Association, et al. for leave to file a brief as amici curiae granted. Motion of Center for Constitutional Jurisprudence, et al. for leave to file a brief as amici curiae is granted. Motion

of Mountain States Legal Foundation for leave to file a brief as amicus curiae is granted. Motion of National Federation of Independent Business Small Business Legal Center for leave to file a brief as amicus curiae is granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 638 F.3d 1163.